**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**DEC 26 2023**

Form G-3 (20230922)

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### _____ DIVISION

In re:                                 ) Chapter _7_
                                       )
_KARNIC KARAMIAN_                      ) No. _23-12907_
                                       )
           Debtor(s)                   ) Judge _DONALD R. CASSLING_

### NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE that on _1-9-2024_, at _9:30_, I will appear before the Honorable _DONALD CASSLING_, or any judge sitting in that judge's place, **either** in courtroom _619_ of the _NORTHERN DISTRICT OF ILLINOIS_, or electronically as described below, and present the motion of _DENNIS STARR_ [to/for] _DENY CHAPTER 7 PETITION_, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is _161 444 7941_ and the passcode is _619_. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: _Dennis Starr_

_8700 S. 82ND CT._
_HICKORY HILLS, IL. 60457_
_(708) 599-3154_
_GERRYJ9910@SBCGLOBAL.NET_
_(312) 942-8091_

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

KARNIC KARAMIAN — DEBTOR

CASE NO. 23-12907

CHAPTER 7

DONALD R. CASSLING — JUDGE

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 26 2023
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

— MOTION —

REQUEST ~~TO~~ DENY CHAPTER 7 PETITION

ON 9-28-23 THE DEPTOR FILED A PETITION FOR A CHAPTER 7 BANKRUPTCY. THE UNDERSIGNED BELIEVES THE PETITION SHOULD BE DENIED →

1) THE DEPTOR CLAIMS THAT HE DOES NOT OWN A BUSINESS ON PART 5, #12 OF THE PETITION WHEN HE IS THE SOLE OWNER AND PROPIETOR OF A THRIVING LIQUOR STORE BUSINESS (EXHIBITS 1 AND 2) AND IS COMMITTING FRAUD,

2) HE CLAIMS HIS HOME IS NOT RENTED BUT, IN FACT, IT IS OWNED BY A REIT. (EXHIBIT 3).

THEREFORE, THE UNDERSIGNED BELIEVES THE DEBTOR'S PETITION SHOULD BE DENIED THANK YOU.

DENNIS STARR
8700 S. 82ND CT
HICKORY HILLS, IL 60457
(708) 599-3154
GERRYJ9910@SBCGLOBAL.NET


**CERTIFICATE OF SERVICE**

I, _DENNIS STARR_, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _12-26-24_, at _6:00 P.M_

_____/s/ Dennis Starr_____
[Signature]

CERTIFICATE OF SERVICE (CONT'D)

BEN L. SHNEIDER
BEN@WINDYCITYLAWGROUP.COM

PATRICK S. LAYNG
USTPREGION11.ES.ECF@USDOJ.GOV

STEVEN R. RADTKE
SRADTKE@CHILLCHILLRADTKE.COM