Debtor 1   Karnic Karamian _____   Case number *(if known)* _____

---

**Part 3:**   Report About Any Businesses You Own as a Sole Proprietor

12. **Are you a sole proprietor of any full- or part-time business?**

☒ No.   Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐   None of the above

---

13. **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

# Liquor License

**Return to Search Results**

# License

**License Number**

1A-0061522

**License Class**

1A - RETAILER

**Retail Type**

OFF-PREMISES CONSUMPTION

**Sales Tax Account #**

34592369

**Issue Date**

05/16/2023

**Expiration Date**

04/30/2024

**Application Status**

Renewal

**License Status**

Active

# Business

**Licensee Name**

EDENS CONVENIENT LIQUOR STORE INC

EDENS CONVENIENT LIQUOR STORE

## Address

4805 W FOSTER AVE
FLOOR 1
CHICAGO IL, 606301633

## County

COOK

## Type

Store

## Owners

KARAMIAN, KARNIC OFFICER 100.00



THIS INSTRUMENT PREPARED BY:
Patrick W. Walsh
Attorney at Law
53 Ogden Avenue
Clarendon Hills, IL 60514

RETURN AFTER RECORDING TO:
OS National LLC
3097 Satellite Blvd.
Building 700, Ste. 400
Duluth, GA 30096

SEND SUBSEQUENT TAX BILLS TO:
IH2 PROPERTY ILLINOIS, L.P.
c/o Invitation Homes
1717 Main St., Ste. 2000
Dallas, TX 75201

Doc# 1820442046 Fee $88.00

RHSP FEE:$9.00 RPRF FEE: $1.00

AFFIDAVIT FEE: $2.00

KAREN A.YARBROUGH

COOK COUNTY RECORDER OF DEEDS

DATE: 07/23/2018 03:20 PM  PG:  1 OF 17

---

**ILLINOIS REAL ESTATE TRANSFER TAX:** This deed is exempt from Illinois real estate
transfer tax and the filing of form PTAX-203 pursuant to 35 ILCS 200/31-45 (e).   7/5/18

---

**THE TITLE TO THIS PROPERTY WAS NOT EXAMINED BY THE ATTORNEYS WHO PREPARED
THIS DEED, AND SAID ATTORNEYS HAVE NOT EXPRESSED ANY OPINION ABOUT THE TITLE TO
THE PROPERTY OR THE LEGAL DESCRIPTION OF THE PROPERTY CONTAINED IN THIS DEED.**

## Special Warranty Deed

THIS AGREEMENT, made __June 28, 2018_____, between **2018-3 IH BORROWER LP,**
a limited partnership created and existing under and by virtue of the laws of the State of Delaware and duly
authorized to transact business in the State of Illinois, as successor by merger with 2015-3 IH2 Borrower
L.P., by virtue of the Certificate of Merger attached hereto as Exhibit "B", with offices at c/o Invitation
Homes, 1717 Main St., Suite 2000, Dallas, TX 75201, party of the first part, and **IH2 PROPERTY
ILLINOIS, L.P.,** a limited partnership created and existing under and by virtue of the laws of the State of
Delaware and duly authorized to transact business in the State of Illinois, with offices at c/o Invitation
Homes, 1717 Main St., Suite 2000, Dallas, TX 75201, party of the second part.

WITNESSETH, that the party of the first part, for and in consideration of Ten Dollars in hand paid by the
party of the second part, the receipt whereof is hereby acknowledged, by these presents does REMISE,
RELEASE, ALIEN and CONVEY unto the party of the second part, and to its heirs and assigns,
FOREVER, all the following described real estate, situated in the State of Illinois known and described as
follows, to wit:

S Y
P 17 GG
S 9
SC Y
INT XR

See Exhibit "A" attached hereto and incorporated herein.

Clerk/Recorder: Please index all legal descriptions

Together with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim or demand whatsoever, of the party of the first part, either in law or equity, of, in and to the above described premises, with the hereditaments and appurtenances: TO HAVE AND TO HOLD the said premises as above described, with the appurtenances, unto the party of the second part, its heirs and assigns forever.

And the party of the first part, for itself, and its successors, does covenant, promise and agree, to and with the party of the second part, its heirs and assigns, that it has not done or suffered to be done, anything whereby the said premises hereby granted are, or may be, in any manner encumbered or charged, except as herein recited; and that the said premises, against all persons lawfully claiming, or to claim the same, by, through or under it, it WILL WARRANT AND DEFEND.

Permanent Real Estate Number(s): See Exhibit "A" attached hereto and incorporated herein

Address(es) of real estate: See Exhibit "A" attached hereto and incorporated herein

In Witness Whereof, said party of the first part has caused its name to be signed to these presents by its authorized officer on the day and year first above written.

> **2018-3 IH BORROWER LP**,
> a Delaware limited partnership
>
> By: 2018-3 IH Borrower GP LLC,
>     a Delaware limited liability company,
>     its general partner
>
> By: _____
> Name: Jonathan Olsen
> Title: Senior Vice President and Managing Director

State of Texas, County of Dallas ss.

On this **21** day of **June**____, 2018, before me, the undersigned officer personally appeared Jonathan Olsen, Senior Vice President and Managing Director of 2018-3 IH Borrower GP LLC, a Delaware limited liability company, which entity is the general partner of **2018-3 IH BORROWER LP**, a Delaware limited partnership, personally known to me (or proved to me on the basis of satisfactory evidence) to be such officer, being duly sworn, and being authorized to do so pursuant to its bylaws or a resolution of its board of directors, executed, subscribed and acknowledged the due execution of the foregoing instrument for the purposes therein contained, by signing the name of **2018-3 IH BORROWER LP**, by himself in his authorized capacity as such officer as his free and voluntary act and deed and the free and voluntary act and deed of **2018-3 IH BORROWER LP**.

Witness my hand and official seal.

Commission expires: __5|8|21__

Notary public signature



JAKI INGRAM
Notary Public, State of Texas
Comm. Expires 05-08-2021
Notary ID 131122024

IL Special Warranty Deed

## State of Illinois

Documentary Transfer Tax Declaration – Not to be recorded

Instrument: Special Warranty Deed

Grantor: **2018-3 IH BORROWER LP**, a Delaware limited partnership, as successor by merger with 2015-3 IH2 Borrower L.P.

Grantee: **IH2 PROPERTY ILLINOIS, L.P.**, a Delaware limited partnership

Legal Description: See Exhibit "A" annexed to the Instrument

**ILLINOIS REAL ESTATE TRANSFER TAX:** This deed is exempt from Illinois real estate transfer tax and the filing of form PTAX-203 pursuant to 35 ILCS 200/31-45 (e).

**Grantor:**
**2018-3 IH BORROWER LP,**
a Delaware limited partnership,
as successor by merger with
2015-3 IH2 Borrower L.P.

By:   2018-3 IH Borrower GP LLC,
      a Delaware limited liability company,
      its general partner

By:   _____
Name: Jonathan Olsen
Title: Senior Vice President and Managing Director


**Grantee:**
**IH2 PROPERTY ILLINOIS, L.P.,**
a Delaware limited partnership

By:   IH2 Property GP LLC,
      a Delaware limited liability company,
      its general partner

By:   _____
Name: Jonathan Olsen
Title: Senior Vice President and Managing Director

Date:   6|28|18



| Count | File Number | Address | City | State | Zip | County |
|---|---|---|---|---|---|---|
| 1 | ILCH2918 | 7441 N KOSTNER AVE | SKOKIE | IL | 60076 | COOK |
| 2 | ILCH2369 | 7606 N KARLOV AVE | SKOKIE | IL | 60076 | COOK |
| 3 | ILCH1976 | 8301 N KILDARE AVE | SKOKIE | IL | 60076 | COOK |
| 4 | ILCH3193 | 8308 TRUMBULL AVE | SKOKIE | IL | 60076 | COOK |
| 5 | ILCH3259 | 8350 MONTICELLO AVE | SKOKIE | IL | 60076 | COOK |
| 6 | ILCH1727 | 8427 KEYSTONE AVE | SKOKIE | IL | 60076 | COOK |
| 7 | ILCH3764 | 8506 AVERS AVE | SKOKIE | IL | 60076 | COOK |
| 8 | ILCH1835 | 8526 TRUMBULL AVE | SKOKIE | IL | 60076 | COOK |
| 9 | ILCH1637 | 8552 KIMBALL AVE | SKOKIE | IL | 60076 | COOK |
| 10 | ILCH2769 | 8640 SPRINGFIELD AVE | SKOKIE | IL | 60076 | COOK |

